■ JILL C. LESSER, Individually and as a Partner of LACHER & LESSER, Respondent, v MICHAEL A. LACHER et al., Appellants, et al., Defendants. (And a Third-Party Action.) [612 NYS2d 851] —Order and judgment (one paper), Supreme Court, New York County (Martin Evans, J.), entered June 16, 1993, which granted plaintiff's motion to confirm a Referee's report, denied defendants' cross motion to set aside the report, and awarded plaintiff a total amount of $100,704.84, with related relief, unanimously affirmed, with costs.

Whether to preclude expert testimony as a sanction for a failure to identify a prospective expert witness or provide the substance of his or her testimony pursuant to CPLR 3101 (d) (1) (i) is a matter best left to the trial court's discretion *(see, Vigilant Ins. Co. v Barnes,* 199 AD2d 257), and, under the circumstances of this case, the determination not to preclude was proper *(see, Simpson v Bellew,* 161 AD2d 693, 698, *lv denied* 77 NY2d 808). The record provides no compelling reason not to defer to the Referee as arbiter of fact and credibility *(see, Zuckerman v Altman,* 200 AD2d 520).

We have considered the defendants' remaining arguments,

and find them to be without merit. Concur—Murphy, P. J., Sullivan, Carro and Asch, JJ.